# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, S.A. DOMINGUEZ**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**ADAM S. BENNETT**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400281**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 5 May 2014.
**Military Judge:** LtCol E.H. Robinson, Jr., USMC.
**Convening Authority:** Commanding General, Marine Corps
Installations Pacific, Okinawa, Japan.
**Staff Judge Advocate's Recommendation:** Col P.S. Rubin,
USMC.
**For Appellant:** Maj Jeffrey Stephens, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**18 November 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted
without assignment of error, we affirm the findings and sentence
as approved by the convening authority. Art. 66(c), Uniform
Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court